IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELVIS DAFONSECA;
JOHN GREEN; and
DAVID CARRILLO, each individually
and on behalf of all others similarly situated                          **PLAINTIFFS**

V.                              CASE NO. 5:23-CV-5113

**MAXFORCE DELIVERY SERVICE, LLC**                                      **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Order granting Plaintiffs' Motion for Award of Attorney's Fees and Costs (Doc. 22) and the Order granting Plaintiffs' Motion for Default Judgment (Doc. 21), Defendant Maxforce Delivery Service, LLC is **ORDERED** to pay Plaintiffs **$10,552.08** in back wages and liquidated damages (composed of an award of **$2,733.54** to Elvis Dafonseca, **$2,733.54** to John Green, and **$5,085.00** to David Carrillo); **$1,340.00** in attorney's fees; and **$522.03** in costs.

**IT IS SO ORDERED AND ADJUDGED** on this 24th day of July, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE